# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 25-0231V

|  |  |
|---|---|
| DELMONT LIKINS,<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: February 27, 2026 |

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA, for Petitioner.*

*Meghan Murphy, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On February 7, 2025, Delmont Likins filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") resulting from an influenza vaccine received on October 3, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 12, 2026, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On February 27, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $31,000.00, plus funds to satisfy a Medicaid lien. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner:**

A. **A lump sum payment of $31,000.00 (in pain and suffering), to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner; and**

B. **A lump sum payment of $680.12, representing compensation for satisfaction of the State of Illinois Medicaid lien, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to:**

> Claritev
> Tax ID 26-3000153
> 535 E. Diehl Road, Suite 100
> Naperville, IL 60563

These amounts represent compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

|  |  |
|---|---|
| DELMONT LIKINS, | ) |
|  | ) |
|  | ) |
| Petitioner, | ) |
|  | ) No. 25-231V |
| v. | ) Chief Special Master Corcoran |
|  | ) ECF |
| SECRETARY OF HEALTH AND HUMAN | ) |
| SERVICES, | ) |
|  | ) |
| Respondent. | ) |
|  | ) |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On February 7, 2025, Delmont Likins ("petitioner") filed a petition for compensation ("Petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to 34 ("Vaccine Act" or "Act"), as amended, alleging that he suffered from a left shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccination he received on October 3, 2023.  Petition at 1.  On January 7, 2026, respondent filed his Rule 4(c) Report asserting that this case was appropriate for compensation.  ECF No. 19.  On January 12, 2026, Chief Special Master Corcoran issued a Ruling on Entitlement finding petitioner entitled to compensation.  ECF No. 21.

I.     **Items of Compensation**

A.  Pain and Suffering

Respondent proffers that petitioner should be awarded $31,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

B.  Medicaid Lien

Respondent proffers that petitioner should be awarded funds to satisfy the State of Illinois

Medicaid lien in the amount of **$680.12**, which represents full satisfaction of any right of

subrogation, assignment, claim, lien, or cause of action the State of Illinois may have against any

individual as a result of any Medicaid payments the State of Illinois has made to or on behalf of

petitioner from the date of his eligibility for benefits through the date of judgment in this case as

a result of his vaccine-related injury suffered on or about October 3, 2023.

The above amounts represent all elements of compensation to which petitioner is entitled

under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

II.    **Form of the Award**

The parties recommend that compensation provided to petitioner should be made through

two lump sum payments described below, and request that the Chief Special Master's decision

and the Court's judgment award the following: [1]

A.   A lump sum payment of **$31,000.00** to be paid through an ACH deposit to
petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Delmont
Likins; and

B.   A lump sum payment of **$680.12**, representing compensation for satisfaction of the
State of Illinois Medicaid lien, to be paid through an ACH deposit to petitioner's
counsel's IOLTA account for prompt disbursement to:

> Claritev
> Tax ID 26-3000153
> 535 E. Diehl Road, Suite 100
> Naperville, IL 60563

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief.  In particular, respondent would oppose any award for future medical
expenses, future pain and suffering, and future lost wages.

2

Petitioner is a competent adult.  Proof of guardianship is not required in this case.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

LARA A. ENGLUND
Assistant Director
Torts Branch, Civil Division

/s/ *Meghan R. Murphy*
MEGHAN R. MURPHY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel:  (202) 616-4264
meghan.r.murphy@usdoj.gov

DATED: February 27, 2026